IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| G.T., by and through next friend LILIANA T. HANLON, *et al.*, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-04976 |
| v. | ) ) | Hon. Nancy L. Maldonado |
| SAMSUNG ELECTRONICS AMERICA, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully notify this Court of the recent opinion in *Colombo v. Youtube, LLC*, No. 3:22-cv-06987-JD, 2023 U.S. Dist. LEXIS 111574 (N.D. Cal. June 28, 2023), a copy of which is attached as **Exhibit 1**. Plaintiffs submit this Notice and authority in support of *Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss* (ECF No. 62).

*Colombo* is directly relevant to Plaintiffs' argument on Page 25 of 29 that alleging a scan of face geometry was involved adequately pleads a "biometric identifier" as defined by 735 ILCS 14/10 without additional allegations that the scan of face geometry identifies a particular individual or was actually used to do so. *See Colombo*, 2023 U.S. Dist. LEXIS 111574 at *7 ("In YouTube's view, biometric identifiers must identify a person and biometric information must actually be used to identify a person. . . . The point is not well taken. BIPA defines 'biometric identifier' as 'a retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry.' When a statute includes an explicit definition, we must follow that definition, even if it varies from a term's ordinary meaning.") (internal citations and certain quotation marks omitted).

1

Dated: June 30, 2023

Respectfully submitted,

G.T., BY AND THROUGH NEXT FRIEND LILIANA T. HANLON, SHIMERA JONES, LEROY JACOBS, BALARIE COSBY-STEELE, JOHN DEMATTEO, RICHARD MADAY, MARK HEIL, ALLISON THURMAN, AND SHERIE HARRIS, individually and on behalf of all others similarly situated, Plaintiffs

By: /s/ Theodore H. Kuyper

Keith J. Keogh
Theodore H. Kuyper
Gregg M. Barbakoff
KEOGH LAW, LTD.
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-1092
keith@keoghlaw.com
tkuyper@keoghlaw.com
gbarbakoff@keoghlaw.com

Christian Levis (*pro hac vice forthcoming*)
Amanda Fiorilla (*pro hac vice forthcoming*)
Rachel Kesten (*pro hac vice forthcoming*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, New York 10601
(914) 997-0500
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

***Attorneys for Plaintiffs and the Putative Class***

151240

## **CERTIFICATE OF SERVICE**

   I hereby certify that, on June 30, 2023, I caused a copy of the foregoing ***Plaintiffs' Notice of Supplemental Authority*** to be served upon all counsel of record via electronic filing using the CM/ECF system.

                     /s/ Theodore H. Kuyper

151240