**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

G.T., et al.

                                        Plaintiff,

v.                                                                          Case No.: 1:21−cv−04976
                                                                         Honorable Lindsay C. Jenkins

Samsung Electronics America, Inc.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 7, 2024:

        MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motion for an extension of time [81] is granted in part. Any amended complaint is due by August 21, 2024. Defendant's responsive pleading, which everyone expects to be a motion to dismiss, is due by September 3, 2024; any response is due by September 17, 2024 and replies are due by September 24, 2024. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.